# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

BRENNON B.,

    Plaintiff,

v.

WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT, et al.,

    Defendants.

Case No. 19-cv-02394-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, April 6, 2020 at 2:00 p.m. |
| PREVIOUSLY REFERRED TO MAGISTRATE JUDGE BEELER FOR A SETTLEMENT CONFERENCE | |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with Court approval and for good cause |
| NON-EXPERT DISCOVERY CUTOFF: | July 24, 2020 |
| DISCLOSURE OF LIABILITY EXPERT REPORTS: ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: August 14, 2020<br>Rebuttal: August 28, 2020 |
| LIABILITY EXPERT DISCOVERY CUTOFF: | September 11, 2020 |
| DISCLOSURE OF DAMAGES EXPERT REPORTS: ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: November 23, 2020<br>Rebuttal: December 4, 2020 |
| DAMAGES EXPERT DISCOVERY CUTOFF: | December 15, 2020 |

| | |
|---|---|
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | On 35 day notice. Filed October 6, 2020 |
| COMPLIANCE HEARING (*See* PAGE 2) | Friday, January 29, 2021 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | February 5, 2021 |
| PRETRIAL CONFERENCE: | Friday, February 19, 2021 at 9:00 a.m. |
| TRIAL DATE | Monday, March 8, 2021 at 8:30 a.m. for Jury Trial |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance hearing on Friday, January 29, 2021 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: November 8, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.