Timothy P. Murphy, State Bar No. 120920
Cody Lee Saal, State Bar No. 286041
Megan M. Symonds, State Bar No. 244734
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523-3936
Telephone:  (925) 827-3300
Facsimile:  (925) 827-3320
Email: TMurphy@esmlawfirm.com
Email: CSaal@esmlawfirm.com

ALISON K. BEANUM
SHERYL M. ROSENBERG
CLYDE & CO US LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, California 90071
Telephone: (213) 358-7600
Facsimile:  (213) 358-7650
Email: *alison.beanum@clydeco.us*
*sheryl.rosenberg@clydeco.us*

Attorneys for Defendants WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT, ROBERT EVANS

G.C. §6103

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENNON B., by and through his guardian ad Litem BELLINDA B.,<br><br>    Plaintiff,<br><br>vs.<br><br>WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT operating as DE ANZA HIGH SCHOOL; ROBERT EVANS, an individual, and DOES 1 through 20, inclusive.<br><br>    Defendants. | Case No. 4:19-CV-02394-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE FURTHER CASE MANAGEMENT CONFERENCE** |

The parties to the above-captioned matter, through their attorneys of record, hereby stipulate to and request the court's approval of a postponement of the Further Case Management Conference currently scheduled for April 6, 2020.  Good cause exists for the requested postponement, as follows:

1. The parties have reached a conditional settlement of this matter and the related action filed in the Superior Court of California, County of Contra Costa;
2. The conditional settlement requires approval by the West Contra Costa Unified School District (hereinafter WCCUSD) Board of Education and by the joint powers agency of which it is a member, Northern California ReLiEF.
3. The WCCUSD Board of Education canceled its March 18, 2020 meeting, at which this settlement was scheduled for consideration, owing to the Covid-19 outbreak and the County/State shelter-in-place orders.  No new date for that meeting has yet been scheduled.
4. The Northern California ReLiEF Board is scheduled to meet and consider this settlement on May 1, assuming the Covid-19 outbreak does not necessitate a postponement of that meeting.
5. Additionally, as plaintiff is an incompetent adult, the settlement requires court approvals.  The parties are prepared to stipulate to have Magistrate Judge Beeler take jurisdiction of the matter for purposes of the settlement approval process.  The parties are also meeting and conferring about the most efficient way to secure court approvals in state and federal court, including consideration of removal of the state action to federal court such that only one settlement approval petition will be required.

The parties hereby request that the court postpone the Further Case Management Conference presently scheduled for April 6 to a date 120 days thereafter.  The parties are optimistic that said amount of time will permit all approvals to be obtained and the settlement finalized.  Once finalized, the above-captioned matter will be dismissed with prejudice.

///
///
///
///
///
///

1     IT IS SO STIPULATED

3   DATED:  March 23, 2020         LIBERTY LAW

                              /s/  Micha Star Liberty
                            Micha Star Liberty, Esq.
                            Attorney for Plaintiff

DATED:  March 23, 2020         EDRINGTON, SCHIRMER & MURPHY LLP

                              /s/  Timothy P.  Murphy
                            Timothy P. Murphy, Esq.
                            Cody Lee Saal, Esq.
                            Megan M. Symonds, Esq.
                            Attorneys for Defendants, WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT, ROBERT EVANS

DATED:  March 23, 2020         CLYDE & CO.

                              /s/  Alison Beanum
                            Alison Beanum, Esq.
                            Attorneys for Defendants, WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT, ROBERT EVANS

## ATTESTATION

    I hereby attest that I have obtained the concurrence of the other signatory to the filing of this document.

                              /s/  Timothy P.  Murphy
                            Timothy P. Murphy, Esq.
                            Cody Lee Saal, Esq.
                            Megan M. Symonds, Esq.
                            Attorneys for Defendants, WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT, ROBERT EVANS

**[Proposed] Order**

Having reviewed the foregoing Stipulation and good cause appearing, IT IS HEREBY ORDERED that the Further Case Management Conference scheduled for April 6, 2020 shall be, and hereby is vacated.  The Further Case Management Conference is rescheduled to _____, 2020 at _____.

Dated:  March _____, 2020

_____
YVONNE GONZALEZ ROGERS
United States District Judge