Timothy P. Murphy, State Bar No. 120920
Cody Lee Saal, State Bar No. 286041
Megan M. Symonds, State Bar No. 244734
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523-3936
Telephone:  (925) 827-3300
Facsimile:  (925) 827-3320
Email: TMurphy@esmlawfirm.com
Email: CSaal@esmlawfirm.com

ALISON K. BEANUM
SHERYL M. ROSENBERG
CLYDE & CO US LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, California 90071
Telephone: (213) 358-7600
Facsimile:  (213) 358-7650
Email: *alison.beanum@clydeco.us*
*sheryl.rosenberg@clydeco.us*

Attorneys for Defendants WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT, ROBERT EVANS

G.C. § 6103

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENNON B., by and through his guardian ad Litem BELLINDA B.,<br><br>Plaintiff,<br><br>vs.<br><br>WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT operating as DE ANZA HIGH SCHOOL; ROBERT EVANS, an individual, and DOES 1 through 20, inclusive.<br><br>Defendants. | Case No. 4:19-CV-02394-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER FOR UNITED STATES MAGISTRATE JUDGE LAUREL BEELER'S JURISDICATION TO APPROVE COMPROMISE AND FINALIZE SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT AND ROBERT EVANS** |

The Plaintiff and Defendants West Contra Costa Unified School District and Robert Evans, by and through their counsel of record, have agreed to settle all litigation now pending between them in the above-captioned matter and in the related lawsuit filed in Contra Costa County Superior Court (Action No. MSC16-01005) and its associated appeal now pending in the

California First District Court of Appeal (Case No. A157026).  The settlement with the Defendants is contingent on approval by the Board of Education of the West Contra Costa Unified School District and the Executive Committee of the Northern California ReLiEF Joint Powers Agency.

The parties, through counsel, hereby express their consent to the exercise of jurisdiction by United States Magistrate Judge Laurel Beeler to hear and approve Plaintiff's motion for approval of the compromise of Plaintiff's claims, and to preside over the finalization of the settlement of the claims in the pending actions between these parties.

IT IS SO STIPULATED.

DATED:  March 27, 2020                     LIBERTY LAW

                                                     /s/  Micha Star Liberty
                                             Micha Star Liberty, Esq.
                                             Attorney for Plaintiff


DATED:  March 27, 2020                     EDRINGTON, SCHIRMER & MURPHY LLP

                                                     /s/  Timothy P.  Murphy
                                             Timothy P. Murphy, Esq.
                                             Cody Lee Saal, Esq.
                                             Megan M. Symonds, Esq.
                                             Attorneys for Defendants, WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT, ROBERT EVANS


DATED:  March 27, 2020                     CLYDE & CO.

                                                     /s/  Alison Beanum
                                             Alison Beanum, Esq.
                                             Attorneys for Defendants, WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT, ROBERT EVANS

///

///

///

ATTESTATION

I hereby attest that I have obtained the concurrence of the other signatories to the filing of this document.

       /s/  Timothy P. Murphy
Timothy P. Murphy, Esq.
Cody Lee Saal, Esq.
Megan M. Symonds, Esq.
Attorneys for Defendants, WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT, ROBERT EVANS

ORDER

Pursuant to the above stipulation, and for good cause, it is hereby ordered that this matter shall be transferred to Magistrate Judge Laurel Beeler for all purposes connected with petitions for approval of settlement on behalf of plaintiff, an incompetent adult.

Dated: March _____, 2020

       YVONNE GONZALEZ ROGERS
United States District Judge