Micha Star Liberty (SBN 215687)
Ian Hansen (SBN 255449)
**LIBERTY LAW**
1970 Broadway, Suite 700
Oakland, CA 94612
Telephone: (510) 645-1000
Facsimile: (888) 645-2008
E-mail: team@libertylaw.com

*Attorneys for Plaintiff, BRENNON B.*

Timothy P. Murphy (SBN 120920)
Cody Lee Saal (SBN 286041)
**EDRINGTON, SCHIRMER & MURPHY LLP**
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA 94523-3936
Telephone: (925) 827-3300
Facsimile: (925) 827-3320
E-mail: TMurphy@esmlawfirm.com

*Attorneys for Defendants WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT and ROBERT EVANS*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENNON B., by and through his guardian ad Litem BELLINDA B.,<br><br>    Plaintiff,<br><br>vs.<br><br>WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT operating as DE ANZA HIGH SCHOOL; ROBERT EVANS, an individual, and DOES 1 through 20, inclusive.<br><br>    Defendants. | Case No. 3:19-CV-02394-LB<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE FURTHER CASE MANAGEMENT CONFERENCE** |

The parties to the above-captioned matter, through their attorneys of record, hereby stipulate to and request the court's approval of a postponement of the Further Case Management Conference currently scheduled for June 11, 2020. Good cause exists for the requested postponement, as follows:

1. The parties have reached a conditional settlement of this matter and the related action filed in the Superior Court of California, County of Contra Costa. As plaintiff is an incompetent adult, the global settlement requires a court's approval. The parties have stipulated to have Magistrate Judge Beeler take jurisdiction of the matter for purposes of the settlement approval process.

2. As of June 4, 2020, the state court action has now been removed to federal court. The parties will stipulate to have this related matter consolidated so that both cases are consolidated and fall under Magistrate Judge Beeler's jurisdiction.

3. Following consolidation, Plaintiff anticipates that his counsel will be prepared to file his application for approval of the minor's compromise on or before June 26, 2020. The parties are optimistic that said amount of time will permit all approvals to be obtained, an annuity purchased, and the settlement finalized.

4. Once the minor's compromise is approved, the consolidated matters shall be dismissed with prejudice.

For the foregoing reasons, the parties respectfully request that the Court continue the Further Case Management Conference, presently scheduled for June 11, 2020, to June 25, 2020..

IT IS SO STIPULATED

DATED: June 4, 2020                    LIBERTY LAW

                                       /s/ Ian Hansen
                                       _____
                                       Ian Hansen, Esq.
                                       Attorney for Plaintiff

DATED: June 4, 2020                    EDRINGTON, SCHIRMER & MURPHY LLP

                                       /s/ Cody Lee Saal, Esq.
                                       _____

Timothy P. Murphy, Esq.
Cody Lee Saal, Esq.
Megan M. Symonds, Esq.
Attorneys for Defendants, WEST CONTRA
COSTA UNIFIED SCHOOL DISTRICT, ROBERT
EVANS

ATTESTATION

I hereby attest that I have obtained the concurrence of the other signatory to the filing of this document.

/s/ Ian Hansen
_____
Ian Hansen, Esq.
Attorney for Plaintiff

**[Proposed] Order**

Having reviewed the foregoing Stipulation and good cause appearing, IT IS HEREBY ORDERED that the Further Case Management Conference scheduled for June 11, 2020 shall be, and hereby is vacated. The Further Case Management Conference is rescheduled to June 25, 2020 at 9:30 A.M.

Dated:  June _____, 2020          _____
                                  Laurel Beeler
                                  United States Magistrate Judge