Timothy P. Murphy (SBN 120920)
Cody Lee Saal (SBN 286041)
**EDRINGTON, SCHIRMER & MURPHY LLP**
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523-3936
Telephone:  (925) 827-3300
Facsimile:  (925) 827-3320
Email: TMurphy@esmlawfirm.com
Email: CSaal@esmlawfirm.com

*Attorneys for Defendants WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT, ROBERT EVANS*

Micha Star Liberty (SBN 215687)
Ian Hansen (SBN 255449)
**LIBERTY LAW**
1970 Broadway, Suite 700
Oakland, CA 94612
Telephone: (510) 645-1000
Facsimile: (888) 645-2008
E-mail: team@libertylaw.com

*Attorneys for Plaintiff BRENNON B.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENNON B., by and through his guardian ad Litem BELLINDA B., <br><br>　　　　　Plaintiff, <br><br>vs. <br><br>WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT operating as DE ANZA HIGH SCHOOL; ROBERT EVANS, an individual, and DOES 1 through 20, inclusive. <br><br>　　　　　Defendants. | Case Nos. 3:19-cv-02394-LB <br>　　　　　3:20-cv-03694-AGT <br><br>**STIPULATION AND ORDER TO CONSOLIDATE FEDERAL ACTIONS & CONSENT TO MAGISTRATE JUDGE LAUREL BEELER'S JURISDICTION** |

　　　　The parties to the above-captioned matter, through their attorneys of record, hereby stipulate to and respectfully request that the Court consolidate Case Nos. 3:19-cv-02394-LB and 3:20-cv-03694-AGT.  Good cause exists for the requested consolidation as follows:

1. On March 3, 2020, Hon. Magistrate Judge Laurel Beeler assisted the parties in reaching a settlement of both the federal and state actions pending between the parties (Federal Case No. 3:19-cv-02394-LB, Superior Court Case No. MSC16-01005, and associated appeal in California First District Court of Appeal, Case No. A157026).

2. In order to efficiently resolve and obtain requisite Court approval of the global settlement (plaintiff is an incapacitated adult), the parties stipulated to removal of the state court action to federal court so that the matters could be consolidated into a single proceeding, over which Magistrate Judge Beeler could preside in order to hear and approve plaintiff's motion for approval of the compromise of plaintiff's claims and oversee the finalization of the settlement of all claims pending between the parties.

3. Pursuant to the parties' stipulation, defendants removed the state court action to federal court on or about June 3, 2020, which then became Federal Case No. 3:20-cv-03694-AGT, assigned to Magistrate Judge Alex G. Tse.

4. The parties now wish to consolidate the two federal actions, Case No. 3:20-cv-03694-AGT and Case No. 3:19-cv-02394-LB. The parties, through counsel, hereby express their consent to the exercise of jurisdiction by Magistrate Judge Laurel Beeler for approval of settlement.

5. The parties are currently scheduled to appear before Magistrate Judge Beeler for a Further Case Management Conference in Case No. 3:19-cv-02394-LB on June 25, 2020.

For the foregoing reasons, the parties respectfully request that Case Nos. 3:19-cv-02394-LB and 3:20-cv-03694-AGT be consolidated and subject to Magistrate Judge Beeler's jurisdiction for approval of settlement.

**IT IS SO STIPULATED**

DATED: June 16, 2020                           LIBERTY LAW

                                               ___/s/ Ian Hansen_____
                                               Micha Star Liberty, Esq.
                                               Ian Hansen, Esq.
                                               Attorneys for Plaintiff BRENNON B.

///

DATED:  June 16, 2020                             EDRINGTON, SCHIRMER & MURPHY LLP

                                                                 /s/ Cody Lee Saal  
                                                                Timothy P. Murphy, Esq.  
                                                                Cody Lee Saal, Esq.  
                                                                Attorneys for Defendants WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT, ROBERT EVANS

## ATTESTATION

I hereby attest that I have obtained the concurrence of the other signatory to the filing of this document.

                                                                 /s/ Cody Lee Saal  
                                                                Timothy P. Murphy, Esq.  
                                                                Cody Lee Saal, Esq.  
                                                                Attorneys for Defendants WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT, ROBERT EVANS

## **ORDER**

Having reviewed the foregoing Stipulation and good cause appearing, IT IS HEREBY ORDERED that Case Nos. 3:19-cv-02394-LB and 3:20-cv-03694-AGT are hereby consolidated and subject to Magistrate Judge Beeler's jurisdiction for approval of settlement.

Dated:  June __17__, 2020                             _____  
                                                                  MAGISTRATE JUDGE ALEX G. TSE